# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JENNIFER SCHEMENAUER,**

      **Plaintiff,**

v.                              Case No:  6:12-cv-1419-Orl-22KRS

**WESTCOR LAND TITLE INSURANCE COMPANY,**

      **Defendants.**

_____/

## ORDER

This cause is before the Court on the Parties' Joint Motion for Approval of Settlement Agreement. (Doc. No. 29).

The United States Magistrate Judge has submitted a report recommending that the Court GRANT in part the Joint Motion for Approval of Settlement Agreement. (Doc. No. 30).

After an independent *de novo* review of the record in this matter, and noting that the Parties filed a Joint Notice of No Objection (Doc. No. 31), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, based on the foregoing, it is **ORDERED** as follows:

1. The Court **FINDS** that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982).

- 2 -

2. The Court **GRANTS** in part the Joint Motion for Approval of Settlement Agreement (Doc. No. 29), to the extent provided in this Order and the Magistrate Judge's report.

3. The Court **PROHIBITS** counsel for Plaintiff from withholding any portion of the $6,450.00 payable to Plaintiff under the settlement agreement pursuant to a contingent fee agreement or otherwise.

4. The Court **ORDERS** counsel for Plaintiff to provide a copy of the Court's Order to Plaintiff.

5. This case is **DISMISSED WITH PREJUDICE**.

6. The Clerk is **DIRECTED TO CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on November 15, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties